EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cumulus Media Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 2 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10283974<br>Date Taken: 07/25/2013<br>Photo Description: A patient believed to be troubled starlet Amanda Bynes covers up with a sheet as she is wheeled between buildings at the Hillmont Psychiatric Center.<br>Copyright Application Date: 08/15/2013<br>Application Number: 1-979825414<br>Copyright Registration Date: 08/15/2013<br>Registration Number: VA0001875918 | Domain: power1057.com<br>URL: http://www.power1057.com/common/page.php?pt=PIC%3A+Amanda+Bynes+Spotted+at+the+Hospital%3F&id=11113&is_corp=0<br>Observed Date: 08/20/2013 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 2** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10373403<br>Date Taken: 07/19/2014<br>Photo Description: Sofia Vergara and her new boyfriend, Joe Manganiello, go public with their love in Los Angeles, California on July 18 and 19, 2014.<br>Copyright Application Date: 09/18/2014<br>Application Number: 1-1756783692<br>Copyright Registration Date: 09/18/2014<br>Registration Number: VA0001923944 | Domain: 975wabd.com<br>URL: http://www.975wabd.com/page/Sleaze_-_Tues_Forbes_Highest_Paid/15164?feed=141<br>Observed Date: 08/07/2014 |  |

x