| | |
|---|---|
| 1 | Craig B. Sanders, Esq. (284397) |
| 2 | SANDERS LAW, PLLC<br>100 Garden City Plaza, Suite 500 |
| 3 | Garden City, New York 11530<br>Telephone:  (516) 203-7600 |
| 4 | Facsimile:   (516) 281-7601<br>csanders@sanderslawpllc.com |

*Attorneys for Plaintiffs*
FameFlynet, Inc. and BWP Media USA Inc.
d/b/a Pacific Coast News

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

---------------------------------------------------------x
FameFlynet, Inc. and BWP Media USA Inc.
d/b/a Pacific Coast News,

                Plaintiffs,

       v.                              Case No.: 2:15-cv-1770-JAK (JPRx)

Cumulus Broadcasting, LLC and
Cumulus Media, Inc.,

                Defendants.
---------------------------------------------------------x

**STIPULATED NOTICE OF SETTLEMENT**

Now come the parties, by and through counsel, to provide notice to the Court that the present cause has been settled pursuant to agreement between the parties, and state:

1. The Settlement Agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties

-1-

will submit a Stipulation of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

| | |
|---|---|
| Counsel for Plaintiffs, *FameFlynet, Inc. and BWP Media USA Inc. d/b/a Pacific Coast News* | Counsel for Defendants, *Cumulus Broadcasting, LLC and Cumulus Media, Inc.* |
| __/s/ Craig B. Sanders_____ Craig B. Sanders, Esq. (284397) Sanders Law, PLLC 100 Garden City Plaza, Suite 500 Garden City, NY 11530 Telephone: (516) 203-7600 Facsimile: (516) 281-7601 | _/s/ Gloria Franke Shaw_____ Gloria Franke Shaw, Esq. (246390) Katten Muchin Rosenman LLP 2029 Century Park East, Suite 2600 Los Angeles, CA 90067 Telephone: (310) 788-4458 Facsimile: (310) 712-8458 |

**IT IS SO ORDERED.**

DATED: _____     BY: _____
                                                            Honorable John A. Kronstadt
                                                            United States District Judge